ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sophia Wong                            )
                                       )
                    Plaintiff,         )   CASE NO. _____ 432
                                       )
          vs.                          )   APPLICATION TO PROCEED
1.) Michael J. Astrue, Commissioner SocialSecurity )   IN FORMA PAUPERIS
2.) Conard House, Inc.,3.-50. other defendants et.al.  )   (Non-prisoner cases only)      BZ
                                       )
                    Defendant.         )

I, Sophia Wong _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?                         Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: zero _____  Net: zero _____

Employer: none _____

none _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | none
3 | none
4 | none

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a. Business, Profession or      Yes ___ No ✔
8 |         self employment?
9 |     b. Income from stocks, bonds,      Yes ___ No ✔
10 |         or royalties?
11 |     c. Rent payments?      Yes ___ No ✔
12 |     d. Pensions, annuities, or      Yes ___ No ✔
13 |         life insurance payments?
14 |     e. Federal or State welfare payments,      Yes ✔ No ___
15 |         Social Security or other govern-
16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | Plaintiff receives $895.00 per month from welfare, Supplement Security Income division of Social Security
20 | Disability Payments Program through Representative Payee, Conard House, Inc. Defendant in this action.

21 | 3. Are you married?      Yes ___ No ✔
22 | Spouse's Full Name: none
23 | Spouse's Place of Employment: none
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ none      Net $ none
26 | 4.     a. List amount you contribute to your spouse's support: $ none
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1              children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  none
3  none
4  5.    Do you own or are you buying a home?         Yes ____  No ✔
5  Estimated Market Value: $ none          Amount of Mortgage: $ none
6  6.    Do you own an automobile?                    Yes ____  No ✔
7  Make none           Year none           Model none
8  Is it financed? Yes ____ No ✔  If so, Total due: $ none
9  Monthly Payment: $ none
10 7.    Do you have a bank account?  Yes ____ No ✔ (Do not include account numbers.)
11 Name(s) and address(es) of bank: none
12
13 Present balance(s): $ none
14 Do you own any cash?  Yes ____ No ✔  Amount: $ none
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                     Yes ____ No ✔
17 none
18 8.    What are your monthly expenses?
19 Rent: $ because of defendants fraud $686    Utilities: 20
20 Food: $ 100                                 Clothing: 20
21 Charge Accounts:
22 Name of Account          Monthly Payment            Total Owed on This Account
23 none                     $ none                     $ none
24 none                     $ none                     $ none
25 none                     $ none                     $ none
26 9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28 none except to other plaintiffs because of the fraud in this action who are yet to join

nonw

10. Does the complaint which you are seeking to file raise claims that have been presented in

in

Additionally, Plaintiff Sophia Wong hereby moves that BEFORE THE COURT serves this Complaint onto ANY defendants that the Court endeavor to find and replace her a NEW Payee in the SSA Representative Payment Program {other than Defendants #2 through #30 Conard House INC.} that will work with mentally disabled persons in the best interest of the disabled person and then ORDER her case to that person or agency on it a an interim basis. This is because immediately upon learning of this action the Defendants will exert undue influence on Plaintiff Some help may be found from the Payee Division of the Adult Protective Services of the City and County of San Francisco, {415} 557 – 5251 located at 875 Stevenson Street 94103 AND / OR through Mr. Peter D. Spencer, San Francisco, Regional Commissioner, Social Security Administration, office address and telephone number unknown.

DATE                           SIGNATURE OF APPLICANT

- 4 -