**DANA DUMAS SANKARY - State Bar No. 118859**
Attorney at Law
**320 Village Square**
**Orinda, CA  94563**
Telephone:       **(925) 253-4762**
Facsimile:        **(925) 253-0426**
Email:            **dsankary@comcast.net**

Attorney for Defendants
CONARD HOUSE, INC., RICHARD HEASLEY,
MARK L. BENNETT, SETH KATZMAN,
CAROL KOSSLER and CAROL VULLMAHN

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA WONG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner, of Social Security Administration, *et al.*,<br><br>    Defendants. | Case No: CV 08-2432 SBA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS CONARD HOUSE, INC.,  RICHARD HEASLEY, MARK L. BENNETT, SETH KATZMAN, CAROL KOSSLER and CAROL VULLMAHN** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 29, 2008

/S/_____
Dana Dumas Sankary

Attorney for Defendants
CONARD HOUSE, INC., RICHARD HEASLEY,
MARK L. BENNETT, SETH KATZMAN,
CAROL KOSSLER and CAROL VULLMAHN