| | |
|---|---|
| 1 | **DANA DUMAS SANKARY - State Bar No. 118859**<br>**Attorney at Law** |
| 2 | **320 Village Square**<br>**Orinda, CA  94563** |
| 3 | **Telephone:**   **(925) 253-4762**<br>**Facsimile:**    **(925) 253-0426** |
| 4 | **Email:**           **dsankary@comcast.net** |
| 5 | Attorney for Defendants |
| 6 | CONARD HOUSE, INC., RICHARD HEASLEY,<br>MARK L. BENNETT, SETH KATZMAN, |
| 7 | CAROL KOSSLER and CAROL VULLMAHN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOPHIA WONG, | ) | |
| | ) | Case No: CV 08-2432 SBA |
| Plaintiff, | ) | |
| | ) | **CERTIFICATION OF PROOF OF** |
| v. | ) | **SERVICE BY MAIL OF ANSWER** |
| | ) | **AND CERTIFICATION OF** |
| MICHAEL J. ASTRUE, Commissioner, of | ) | **INTERESTED ENTITIES AND** |
| Social Security Administration, *et al.*, | ) | **PERSONS OF DEFENDANTS** |
| | ) | **CONARD HOUSE, INC., RICHARD** |
| Defendants. | ) | **HEASLEY, MARK L. BENNETT,** |
| | ) | **SETH KATZMAN, CAROL KOSSLER,** |
| | ) | **AND CAROL VULLMAHN** |

Attached is a proof of service by mail on plaintiff of the Answer and Certification of Interested Entities and Persons of defendants CONARD HOUSE, INC., RICHARD HEASLEY, MARK L. BENNETT, SETH KATZMAN, CAROL KOSSLER and CAROL VULLMAHN.

Dated: August 29, 2008

/S/_____
Dana Dumas Sankary

Attorney for Defendants
CONARD HOUSE, INC., RICHARD HEASLEY,
MARK L. BENNETT, SETH KATZMAN,
CAROL KOSSLER and CAROL VULLMAHN

```
CERT. OF PROOF OF SERVICE BY MAIL OF ANS. OF DEFS.
CONARD HOUSE, INC., HEASLEY, BENNETT, KATZMAN, KOSSLER AND VULLMAHN
CV 08-02432 SBA
```

1   **PROOF OF SERVICE BY MAIL**

2   STATE OF CALIFORNIA

3   COUNTY OF CONTRA COSTA

4          I am employed in the County of Contra Costa, State of California. I am over the age of 18
5   years and not a party to the within action. My business address is 320 Village Square, Orinda,
6   California 94563. On August 29, 2008, I served the foregoing document(s) described as ANSWER
7   OF DEFENDANTS CONARD HOUSE, INC., RICHARD HEASLEY, MARK L. BENNETT,
8   SETH KATZMAN, CAROL KOSSLER, AND CAROL VULLMAHN, CERTIFICATION OF
9   INTERESTED ENTITIES OR PERSONS, AND CERTIFICATION OF PROOF OF SERVICE BY
10  MAIL OF  on the person shown below, by placing a true and correct copy thereof in an envelope
11  addressed as follows:

12
    Sophia Wong
13  1230 Market Street, #731
    San Francisco, CA 94102,
14

15  sealing said envelope, and placing it for collection and mailing on that same date following the
16  ordinary business practices at the offices of Dana Dumas Sankary, Attorney at Law, at its place of
17  business, located at 320 Village Square, Orinda, California  94563. I am readily familiar with the
18  business practices of the offices of Dana Dumas Sankary, Attorney at Law, for collection and
19  processing of correspondence for mailing with the United States Postal Service. Pursuant to said
20  practices the envelopes are deposited with the United States Postal Service that same day in the
21  ordinary course of business.

22         Executed on August 29, 2008, at Orinda, California. I declare under penalty of perjury under
23  the laws of the State of California and the United States of America that the above is true and
24  correct.

25

26                                        /S/_____
                                          Dana Dumas Sankary
27

28