1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-6915
6       FAX: (415) 436-6927

7  Attorneys for Commissioner of Social Security

8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND DIVISION
11

12 SOPHIA WONG,                          )   No. C 08-2432-SBA
                                         )
13      Plaintiff,                       )
                                         )   **STATUS REPORT OF THE**
14      v.                               )   **COMMISSIONER OF SOCIAL SECURITY**
                                         )
15 MICHAEL J. ASTRUE, Commissioner of    )
   Social Security, et al.,              )
16                                       )
        Defendants.                      )
17 _____ )

18     The Commissioner of Social Security hereby notifies the Court that it was served with the

19 above-captioned complaint on July 30, 2008, and that it has until September 29, 2008 to file a

20 responsive pleading under Federal Rule of Civil Procedure 4.

21     It does not appear from a review of the Court's current calendar on www.cand.uscourts.gov

22 that a case management conference is still scheduled for September 10, 2008, but in an abundance

23 of caution the Commissioner wishes to inform the Court that it does not believe it is prepared to

24 file a joint case management conference statement until after it files a responsive pleading and

25 respectfully suggests that a case management conference scheduled at some point after September

26 29, 2008, would be appropriate.

27
28

STATUS REPORT OF THE COMMISSIONER OF SOCIAL SECURITY
C-08-2432-SBA                               1

1   Date: September 3, 2008                Respectfully submitted,

2                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
3

4                                                  /s/
                                           EDWARD A. OLSEN
5                                          Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATUS REPORT OF THE COMMISSIONER OF SOCIAL SECURITY
C-08-2432-SBA                              2