1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Commissioner of Social Security
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12 SOPHIA WONG,                          )
                                         )  No. C 08-2432 SBA
13          Plaintiff,                   )
                                         )
14     v.                                )  **PROOF OF SERVICE**
                                         )
15 MICHAEL J. ASTRUE, Commissioner of    )
   Social Security, et al.,              )
16                                       )
            Defendants.                  )
17 _____   )

18     The undersigned hereby certifies that she is an employee of the Office of the United States

19 Attorney for the Northern District of California and is a person of such age and discretion to be

20 competent to serve papers.  The undersigned further certifies that she caused a copy of **Status**

21 **Report of the Commissioner of Social Security** electronically filed on September 3, 2008, and

22 this **Proof of Service**  to be served this date by mail upon the person at the address stated below,

23 which is the last known address:

24                      Sophia Wong, Pro Se
                        1230 Market Street, #731
25                      San Francisco, CA 94102

26 ///

27 ///

28

Proof of Service
C 08-2432 SBA

1 | I declare under the penalty of perjury under the laws of the State of California that the
2 | foregoing is true and correct.
3 | Dated: September 4, 2008                              _____/s/_____
                                                          TIFFANI CHIU
4 |                                                       Paralegal Specialist

Proof of Service
C 08-2432 SBA