AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

**FILED**
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| SOPHIA WONG, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   CV 08-02432 SBA |
| MICHAEL J. ASTRUE, et al. | ) | |
| Defendant | ) | |

RECEIVED
2008 JUL 23 AM 9:10
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND
UNITED STATES MARSHAL

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   ***SEE SEPARATE ATTACHMENT***

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Sophia Wong
1230 Market Street, #731
San Francisco, CA 94102

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

JESSIE MOSLEY
Deputy clerk's signature

Date: _____07/22/2008_____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: __8/25/08__

Hima C_____ - Admin. Support Asst.
Server's signature

HIMA CHAUDHARY
Printed name and title

Federico Rocha - U.S. MARSHAL
Server's address

Please see attached 285's for proof of service.

**SERVICE LISTING CONT'D:**   C-08-2432-SBA Wong-v-Astrue, et al.

**Conrad House, Inc.**
Social Security Administration Affiliate Member of Representative Payment Program
1385 Mission Street, Suite 200
San Francisco, CA 94103

**Richard Heasley**
1385 Mission Street, Suite 200
San Francisco, CA 94103

**Mark L. Bennett**
1385 Mission Street, Suite 200
San Francisco, CA 94103

**Seth Katzmann**
1385 Mission Street, Suite 200
San Francisco, CA 94103

**Carol Kassler**
1385 Mission Street, Suite 200
San Francisco, CA 94103

**Carol Vullmahn**
1385 Mission Street, Suite 200
San Francisco, CA 94103

**Mirian Saez**
Interim Director,
San Francisco Public Housing Authority
440 Turk Street
San Francisco, CA 94102

**Supervisor of Conrad House, Inc.**
160 Ninth Street
San Francisco, CA 94103

**Director, South of Market Mental Health Clinic, The**
760 Harrison Street
San Francisco, CA 94107

**Director, Adult Protective Services of the City and County of San Francisco, The**
875 Stevenson Street, 3rd Floor
San Francisco, CA 94102

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SOPHIA WONG | C-08-2432-SBA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICHAEL J. ASTRUE | Sum., Comp., & Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Conrad a
Conrad House, Inc., Social Security Administration Affiliate Member of Representative Payment Program

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1385 Mission Street, Suite 200, San Francisco, CA 94103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sophia Wong
1230 Market Street, #731
San Francisco, CA 94102

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | ■ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                      Fold

ENTERED

| Signature of Attorney other Originator requesting service on behalf of: JESSIE MOSLEY | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>510-637-3536 | DATE<br>7/22/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk<br>Hima C | Date<br>7/23/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
EDWARD EDISON - ADMIN ASSISTANT

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 08/13/08   Time 1:00   ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$45 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: FWD. TO S.F. on 7/23/08 for personal service.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.