```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  MEGHAN K. HIGGINS, State Bar #235685
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3896
6  Facsimile:     (415) 554-3837
   E-Mail:        meghan.higgins@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Sophia Wong, | Case No. CV08-2432 SBA |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS AND ORDER** |
| vs. | |

*(NOTATION: DEFENDANTS #3 thru #30 inclusive are all sued in both their private individual capacities and in their official public capacities and additionally they are all sued as duly authorized agents of Defendant Number 1.) Michael J. Astrue.)*

1.) Michael J. Astrue, Commissioner, of Social Security Administration, (hereinafter "SSA") In car of: The United States Attorney's offices, Social Security Fraud Division, 450 Golden Gate, San Francisco, California 94102; AND Office of the Attorney General – Attention Social Security Disputes/Payee Fraud Division, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, District of Columbia 20530-0001; 2.) Conard House, Inc., SSA affiliate member of representative payment program, main offices: 1385 Mission Street, Suite 200, San Francisco, California 94103; known named Defendants listed below:
3.) Richard Heasley, address above in #2;
4.) Mark L. Bennett, address above in # 2;
5.) Seth Katzmann, address above in #2;
6.) Carol Kassler, address above in #2;
7.) Carol Vullmahn, address above in # 2;

Stipulation to Dismiss and [Proposed] Order
CASE NO. CV08-2432 BZ                    1                    c:\documents and settings\workstation\local
                                                              settings\temp\notes06e812\00510786.doc

8.) Supervisor of Conard House, Inc., at branch office location at 160 Ninth Street Offices, San Francisco, California 94103, a male whose name is unknown;

9.) Robert, a male Employee at 160 Ninth Street Office;

10.-30.) Does, named, unknown persons employed at various Conard House, Inc. locations;

31.) Mirian Saez, Interim Director, San Francisco Housing Authority, (hereinafter PHA – abbreviation for Public Housing Authority) 440 Turk Street, San Francisco, California  94102;

32.) Director, The South of Market Mental Health Clinic, 650 Harrison Street, San Francisco, California  94107

33.) Director, The Adult Protective Services of the City and County of San Francisco, 875 Stevenson St., 3rd Floor, San Francisco, California  94102;

34.-50.) DOE(S) defendants, name, unknown persons, of as yet, unknown connection to this case.

Defendants, Et Al. *All rights reserved to add additional Plaintiffs and additional Defendants!!*

Having met and conferred, plaintiff Sophia Wong, proceeding pro se, and the defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action with prejudice.

Each of the parties shall bear their own costs and fees.

Dated:  September 22, 2008

_____
SOPHIA WONG, PLAINTIFF


_____
Dana Dumas Sankary

Attorney for Defendants
CONARD HOUSE, INC., RICHARD HEASLEY, MARK L. BENNETT, SETH KATZMAN, CAROL KOSSLER, CAROL VULLMAHN, and KALIFA COULIBALY

1
2                                             _____
                                              Colin Jewell
3
                                              Attorney for Defendant
4                                             SAN FRANCISCO HOUSING AUTHORITY

5
                                              DENNIS J. HERRERA
6                                             City Attorney
                                              JOANNE HOEPER
7                                             Chief Trial Attorney
                                              MEGHAN K. HIGGINS
8                                             Deputy City Attorney

9
                                        By:_____
10                                            MEGHAN K. HIGGINS

11
                                              Attorneys for Defendant
12                                            CITY AND COUNTY OF SAN FRANCISCO

13

14                                            JOSPEH P. RUSSONIELLO
                                              United States Attorney
15                                            JOANN M. SWANSON
                                              Chief Civil Division
16                                            EDWARD A. OLSEN
                                              Assistant United States Attorney
17
                                        By: _____
18                                            EDWARD A. OLSEN

19
                                              Attorneys for Defendant
20                                            COMMISSIONER OF SOCIAL SECURITY

21

22

23

24

25

26

27

28

ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 9/22/08

*Saundra B. Armstrong*

Hon. Saundra B. Armstrong

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WONG et al,

       Plaintiff,

 v.

ASTRUE et al,

       Defendant.
                                    /

Case Number: CV08-02432 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sophia Wong
1230 Market Street, #731
San Francisco, CA 94102

Dated: September 24, 2008

                                          Richard W. Wieking, Clerk

                                          By: LISA R CLARK, Deputy Clerk