**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SOPHIA WONG, | No. C 08-02432 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 43] |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, *et al.*, | |
| Defendants. | |

Before the Court is an Ex Parte Motion for a Court Order Referring Litigant to Federal Pro Bono Project and Staying Proceedings Pending Appointment of Counsel [Docket No. 43]. The pleading is unsigned and was filed on September 26, 2008. *See* Docket No. 43. Plaintiff signed a Stipulation and Proposed Order to Dismiss [Docket No. 41] on September 22, 2008, which was filed the same day. *See* Docket No. 41. The Court approved this stipulation on September 24, 2008. *See* Docket No. 42. This matter having been closed prior to the filing of the ex parte motion, the Court DENIES the ex parte motion.

IT IS SO ORDERED.

September 30, 2008

_____
Saundra Brown Armstrong
United States District Judge

1 | UNITED STATES DISTRICT COURT
2 | FOR THE
3 | NORTHERN DISTRICT OF CALIFORNIA

6 | WONG et al,                                             Case Number: CV08-02432 SBA
7 |             Plaintiff,                                  **CERTIFICATE OF SERVICE**
8 | v.
9 | ASTRUE et al,
10 |            Defendant.
                                                     /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sophia Wong
1230 Market Street, #731
San Francisco, CA 94102

Dated: October 1, 2008

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk